**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

UNITED STATES OF AMERICA,

                              Plaintiff,

        v.                                              Case No.  6:26-cv-1052

GUSTAVO RODRIGUEZ.

                              Defendant.

**COMPLAINT**

The United States of America, on behalf of its agency, the Department of Treasury acting on behalf of the U.S. Department of Labor, Occupational Safety & Health Administration (DOL/OSHA), by Ryan A. Kriegshauser, United States Attorney for the District of Kansas, and Brian E. Vanorsby, Assistant United States Attorney, hereby files a Complaint against Gustavo Rodriguez for the collection of two unpaid penalties assessed by the Department of Labor under Occupational Safety and Health Act of 1970. In support, the United States alleges as follows:

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331, 1345, and 1355 and 29 U.S.C. § 666(l).

2.      The Defendant, Gustavo Rodriguez, resides within the District of Kansas and may be served the Summons and a copy of the Complaint at 2717 E. 9th St. N., Wichita, Kansas 67214.

3.      Venue is proper in the District of Kansas pursuant to 28 U.S.C. §§ 1391(b) and 1395(a) and 29 U.S.C. § 666(l), based on the Defendant's residence in the District of Kansas and because the violations at issue in this case occurred in the District of Kansas.

4.      This case arises from OSHA's attempt to enforce and collect penalties assessed for two citations to Defendant for violations of the Occupational Safety and Health Act of 1970 ("the Act").

5.       OSHA was created by the Act to set and enforce protective workplace safety and health standards. See 29 U.S.C. §§ 651, 654–55, 666.

6.       OSHA may assess civil penalties against employers for violations of the Act or any standard, rule, or order promulgated pursuant to that Act. 29 U.S.C. § 666.

7.       On February 10, 2021, OSHA issued a Citation and Notice of Penalty against Defendant for violations of the Act in the amount of $14,629.00 related to Inspection No. 1508003.

8.       On February 10, 2021, OSHA issued a Citation and Notice of Penalty against Defendant for violations of the Act in the amount of $14,629.00 related to Inspection No. 1508430.

9.       Both Citations and Notices of Penalty provided notice to Defendant that he had a right to contest the citations and proposed penalties within 15 working days after receipt. Otherwise, the citations and proposed penalties would become a final order and not subject to review by any court or agency. *See* 29 U.S.C. § 659(a).

10.       Defendant did not contest the citations or the proposed penalties within 15 working days after receipt of the Citations and Notices of Penalty.

11.       Executive agencies of the United States, including the Department of Labor, must seek to collect claims for money owed to the United States arising from the activities of the agency. 31 U.S.C. § 3711(a)(1).

12.       A "claim" or "debt" owing to the United States encompasses any amount of money, including any fines or penalties assessed by an agency, that an appropriate official of the federal government determines to be owed. 31 U.S.C. § 3701(b)(1)(F); *see also* 28 U.S.C. § 3002(3)(B).

13.       OSHA referred the debt to the Department of Treasury's Bureau of Fiscal Service, for administrative debt collection as required by the Debt Collection improvement Act of 1996, 31 U.S.C. §§ 3701–3733.

14.    Pursuant to 31 U.S.C. § 3717(a), the Defendant owes interest on the principal balance of this debt at the rate of 1% annually from the date of May 27, 2021.

15.    The Defendant also owes administrative fees, in the amount of $16,375.94, for processing and handling of this claim, pursuant to 31 U.S.C. § 3717(e)(1).

16.    The United States also seeks a penalty charge in the amount of 6% of the principal balance based upon Defendant's failure to pay a debt that is more than 90 days past due. See 31 U.S.C.A. § 3717(e)(2).

17.    As of July 26, 2024, the amount owed by Defendant, including any applicable interest, penalties, and fees, was $48,106.06. *See* Certificate of Indebtedness attached as Exhibit A.

WHEREFORE, the United States demands judgment against defendant in the amount of $29,258.00 principal, plus interest of $926.46; administrative costs of $12,795.40, plus penalties of $5,146.20; for costs of suit; and such other relief as this court may deem just.

Respectfully submitted,
RYAN A. KRIEGSHAUSER
United States Attorney
District of Kansas

*/s/ Brian E. Vanorsby*
Brian E. Vanorsby, KS #27606
Assistant United States Attorney
301 N. Main, Suite 1200
Wichita, Kansas 67202
Telephone: (316) 269-6103
Facsimile: (316) 269-6484
E-mail: brian.vanorsby@usdoj.gov
*Attorneys for the United States*

## REQUEST FOR PLACE OF TRIAL

Plaintiff United States of America hereby requests that trial of the above-entitled matter

be held in Wichita, Kansas.

*/s/ Brian E. Vanorsby*
Brian E. Vanorsby
Assistant United States Attorney

4