

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (DOL/OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

Gustavo Rodriguez
2717 E 9th N
Wichita, KS 67214
**SSN:XXX-XX-5725**

I hereby certify, as part of my duties with the U.S. Department of the Treasury, Bureau of the Fiscal Service, Disbursement and Debt Management (Treasury), including referring matters to the U.S. Department of Justice (DOJ) for litigation, I am a custodian of records of certain files sent by the U.S. Department of Labor, Occupational Safety & Health Administration (DOL/OSHA) to Treasury for collection actions. As a custodian of records for Treasury, I have care and custody of records relating to the two(2) debts owed by Gustavo Rodriguez., (DEBTOR) to DOL/ OSHA.

The information contained in this Certificate of Indebtedness is based on documents created by an employee or contractor of DOL/OSHA based on his/her knowledge at or near the time the events were recorded, including the review of Occupational Safety and Health Administration (OSHA) violations, or by an employee or contractor of Treasury based on his/her knowledge at or near the time the events were recorded, including the review of OSHA violations. Further, I certify that I am familiar with Treasury's record keeping practices, including the receipt of files from DOL/OSHA.

**Debt #1-TRFM13972220**
Upon completion of an investigation covering the DEBTOR's operations on December 22, 2020, DOL/OSHA issued a Citation and Notice of Penalty against the DEBTOR in the amount of $14,629.00 with an annual interest rate of 1.00% and an annual penalty rate of 6.00%, DOL/OSHA historical records the debt became delinquent on May 27, 2021.  DOL/OSHA referred the delinquent debt to Treasury for collection on July 9, 2021.

On June 11, 2024, Treasury referred the delinquent debt to DOJ for litigation and collection in the amount due of $14,629.00 with daily interest of $0.40 and a daily penalty of $2.40.  As of June 26, 2024, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $14,629.00 |
| Interest(@1.00%): | $    453.23 |
| Penalty (@6.00%): | $  2,573.10 |
| Admin Fees: | $  6,397.70 |
| **Total:** | **$ 24,053.03** |


GOVERNMENT
EXHIBIT

A

1



U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, DC 20227

ACTING ON BEHALF OF
U.S. DEPARTMENT OF LABOR
OCCUPATIONAL SAFETY AND HEALTH ADMINISTRATION (DOL/OSHA)
<u>CERTIFICATE OF INDEBTEDNESS</u>

**Debt #2-TRFM13972221**

Upon completion of an investigation covering the DEBTOR's operations on January 4, 2021, DOL/OSHA issued a issued a Citation and Notice of Penalty against the DEBTOR in the amount of $14,629.00 with an annual interest rate of 1.00% and an annual penalty rate of 6.00%, DOL/OSHA historical records the debt became delinquent on May 27, 2021.  DOL/OSHA referred the delinquent debt to Treasury for collection on July 9, 2021.

On June 11, 2024, Treasury referred the delinquent debt to DOJ for litigation and collection in the amount due of $14,629.00 with daily interest of $0.40 and a daily penalty of $2.40.  As of June 26, 2024, the DEBTOR is indebted to the United States in the amounts stated as follows:

| | |
|---|---|
| Principal: | $14,629.00 |
| Interest(@1.00%): | $    453.23 |
| Penalty (@6.00%): | $  2,573.10 |
| Admin Fees: | $  6,397.70 |
| **Total:** | **$ 24,053.03** |

The balances stated in the two(2) debts listed above totaling **$48,106.06** are current as of June 26, 2024, including any applicable interest, penalties, administrative fees, and Treasury & DOJ fees pursuant to 31 U.S.C. §§ 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. § 527, note).

Pursuant to 28 U.S.C. § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by DOL/OSHA and information contained in Treasury's records.

Natalie R. Stubbs

Digitally signed by Natalie R. Stubbs
Date: 2026.02.03 11:15:46 -05'00'

X  *Natalie Stubbs*

Natalie Stubbs
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service
Date:06/26/2024